Name: Develin D.R. Lay #230678
G.P.C.C., DA-2
Address: PO Box 700 Hinton, Okla. 73047

FILED
APR 24 2024
CARMELITA REEDER SHINN, CLERK
U.S. DIST. COURT, WESTERN DIST. OKLA.
BY_____, DEPUTY

# UNITED STATES DISTRICT COURT
## FOR THE Western DISTRICT OF OKLAHOMA

Develin Dion Ray Lay, Plaintiff
(Full Name)

v.

Stephens County, Defendant(s)
Mr Ken Graham - Mr Herberge
Mr Javier Martinez

Case No. CIV-24-417-F
(To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT PURSUANT TO 42 U.S.C. § 1983**

## A. JURISDICTION

1) Develin Dion Ray Lay (Plaintiff), is a citizen of Oklahoma (State), who presently resides at Great Plains Correctional Center, P.O. Box 700 Hinton Oklahoma 73047.
(Mailing address or place of confinement)

2) Defendant Stephens County Ken Graham (Name of first defendant) is a citizen of Duncan, Okla (City, State) and is employed as Judge (position and Title, if any). At the time the claim(s) alleged in this complaint arose, was this defendant acting under color of state law?
Yes [X]   No [X]   If your answer is "Yes", briefly explain:

_____
_____
_____

XE-2    7/93    CIVIL RIGHTS COMPLAINT (42 U.S.C. § 1983)

3) Defendant: Javier Martinez _____ is a citizen of
   *(Name of second defendant)*

   Duncan Oklahoma _____, and is employed as
   *(City, State)*

   Jail Administrator _____. At the time the claim(s)
   *(Position and Title, if any)*

   alleged in this complaint arose was this defendant acting under color of state law?
   Yes ☐    No ☒    If your answer is "Yes", briefly explain:

   _____

   _____

   (Use the back of this page to furnish the above information for additional defendants.)

4) Jurisdiction is invoked pursuant to 28 U.S.C. § 1343(3); 42 U.S.C. § 1983.   (If you wish to assert jurisdiction under different or additional statutes, you may list them below.)

   _____

   _____

## B. NATURE OF THE CASE

1) Briefly state the background or your case.

XE-2    7/93

## C. CAUSE OF ACTION

1) I allege that the following of my constitutional rights, privileges or immunities have been violated and that the following facts form the basis for my allegations: (If necessary you may attach up to two additional pages (8 ½" x 11") to explain any allegation or to list additional supporting facts.)

A) (1) Count I: Violation of my right to life, Violates 14 amendment

(2) Supporting facts: (Include all facts you consider important, including names of persons involved, places and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.)

All of Mr Iterberger court staff = All Jail staff Was given a date rape drug by medical staff and while on it was forced to sign paper work for Gillespy Counseling Conversion Therapy 2018 Inmates allowed to choke me to death. T. Gillespy - Javier Martinez All Detention officers Judge Graham - Bobby Pressler - EMS Duncan

B) (1) Count II: Mental and physical torture resulting in long term injury right shoulder and Mental torture - Violates 8th amendment

(2) Supporting facts: (Include all facts you consider important, including names of persons involved, places and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.)

Several Inmates Many names. For safty sake I cant put name here! For fear of retaliation/ on them can fixe d Jail officers was allowed to spit on and slap me, pinch my penis inmates who were sex offenders was allowed to assult me for whistle blowing on children be used for sex and corruption with in the court

C) (1) Count III: Retaliation Retaliation on a known whistle blower with intent to kill

3

(2)  Supporting facts: (Include all facts you consider important, including names of persons involved, places and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.)

Around Sept 2018, The jail Allows murder in Name of therapy. Mr Dressler was told by Gillespy counseling I was a child molester and he could take his anger out on me for his abuse by his father in the name of therapy. Mr Dressler found out I was Not and wouldn't let jail staff touch me- EMS witness

### D. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

1) Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to the conditions of your imprisonment?
Yes ☐   No ☒   If your answer is "Yes", describe each lawsuit. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

a) Parties to previous lawsuit:
   Plaintiffs: _____
   
   Defendants: _____

b) Name of Court and Docket Number: _____
   _____

c) Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?
   _____
   _____

d) Issues Raised? _____

e) Approximate date of filing lawsuit? _____

f) Approximate date of disposition? _____

XE-2    7/93

4

2)  I have previously sought informal or formal relief from appropriate administrative officials regarding the acts complained of in Part C.
Yes ☒   No ☐   If your answer is "Yes", briefly describe how relief was sought and the results. If your answer is "No", briefly explain why administrative relief was not sought. Mr Martinez was aware of 2 visits under therapy but not 3rd. When I spoke to him I was told he didnt know. Talked to a Mr Lane about location of dead body was put in medical cell for observation.

### E. REQUEST FOR RELIEF

1)  I believe that I am entitled to the following relief: To be released from prison and monitary compensation. And protection from further attack. Truth to be told and for children to stop being used for sex slavery. And fine-Restitution or any other fine cleared. And probation to be cleared charges & probation & record cleared

_____     _Develin Fay_____
Signature of Attorney (if any)      Signature of Petitioner

_____
_____
(Attorney's full address and telephone number)

XE-2    7/93

5

## DECLARATION UNDER PENALTY OF PERJURY

  The undersigned declares (or certifies, verifies, or states) under penalty of perjury that he is the Plaintiff in the above action, that he has read the above complaint and that the information contained therein is true and correct. 28 U.S.C. § 1746.  18 U.S.C. § 1621.

Executed at _G.P.CC, Hinton Oklahoma_ on _March_ 15, 2024
     (Location)        (Date)

_Dewelin Jay_
(Signature)